UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN BASS                                             CIVIL ACTION

                                                      NO. 10-00835
V.

THE VANGUARD GROUP, INC.

## COMPLAINT

The Complaint of John Bass respectfully alleges:

1. Plaintiff, **John Bass**, of lawful age and a resident of Westwego, Louisiana is a plan participant and beneficiary of an ERISA 401K plan entitled "Cytec Employee Savings Plan – 095596" ("Plan") and created by his employer Cytec Industries.

2. Defendant, **Vanguard Participant Services ("Vanguard"),** is a foreign brokerage house authorized to and doing business in the State of Louisiana and is the Plan administrator of the Cytec Plan.

3. This Court has jurisdiction and venue under the provisions of ERISA 29 U.S.C. Section 1132(e)(2) because Plaintiff's place of employment was located within the Eastern District of Louisiana and unlawful activity occurred there.

4. The Plan is an 401K Plan, which is considered an Employee Stock Ownership Plan ("ESOP") under 29 USC Sec. 1107(d)(3), and administered by Vanguard.

5. On April 16, 2009 at 12:35pm Plaintiff requested a sale of Cytec company stock within his 401K through Vanguard's online system. Vanguard confirmed the sale on the date requested at a total price of $178,552.74. Plaintiff received a Confirmation of Exchange confirming the total price as $177,596.51 and that amount was transferred into his

1

account. Four days later on April 20, 2009 Vanguard changed the transaction amount to $139,427.88, resulting in a $38,168.63 reduction.

6. Plaintiff detrimentally relied on the amount of his exchange provided by Vanguard in the Confirmation of Exchange.

7. Vanguard negligently or intentionally misrepresented the amount of Plaintiff's transaction, thereby causing Plaintiff damages of $38,168.63, plus interest.

8. Vanguard has breached its contractual and fiduciary duties to Plaintiff by failing to execute the trade as represented to Plaintiff in the Confirmation of Exchange.

9. Vanguard has committed negligence by failing to execute the trade as represented to Plaintiff in the Confirmation of Exchange.

10. Plaintiff is entitled to an award of reasonable attorney's fees and court costs pursuant to the provisions of ERISA as a result of hiring the undersigned counsel to prosecute his suit. Plaintiff is entitled to all other possible relief as the facts and law may provide.

WHEREFORE, Plaintiff prays that after due proceedings there be judgment rendered in his favor and against the defendant, **the Vanguard Group, Inc.,** and Defendant be ordered to pay in the sum of $38,169 plus interest from the date of pre-suit demand, attorney fees, court costs, and such further and additional relief as the law and facts may provide.

Respectfully submitted,

__/s/ James F. Willeford_____
WILLEFORD LAW FIRM
James F. Willeford (La. 13485)
Jessica M. Vasquez(La. 27124
Reagan L. Toledano (La. 29687)
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286; (f)(313)692-5927
jimwilleford@willefordlaw.com

2