UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN BASS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-835** |
| **THE VANGUARD GROUP, INC.** | **SECTION "L"**<br>**JUDGE FALLON** |
| | **MAG. DIV. (2)**<br>**JUDGE WILKINSON** |

**DEFENDANT'S EX PARTE MOTION FOR
EXTENSION OF TIME WITHIN WHICH TO PLEAD**

NOW INTO COURT, through undersigned counsel, comes Defendant, The Vanguard Group, Inc., and appearing solely for the purpose of this motion, reserving all rights, motions and defenses and without waiver thereof, respectfully moves this Honorable Court for an extension of time of twenty (21) days or until and through June 1, 2010, in which to respond to the Complaint filed by Plaintiff in the above-captioned matter. Movant certifies that this is its first extension of time to respond and that Plaintiff has not filed into the record an objection to an extension of time.

PD.3988480.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:     */s/ M. Nan Alessandra*
       M. NAN ALESSANDRA, T.A. (#16783)
       JANE E. ARMSTRONG (#02553)
       MARYJO L. ROBERTS (#30692)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130

**ATTORNEYS FOR DEFENDANT, THE VANGUARD GROUP, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of April, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                    */s/ M. Nan Alessandra*