UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN BASS | CIVIL ACTION |
| VERSUS | NO. 10-835 |
| THE VANGUARD GROUP, INC. | SECTION "L" <br> JUDGE FALLON |
| | MAG. DIV. (2) <br> JUDGE WILKINSON |

**O R D E R**

Considering the foregoing Motion to Dismiss With Prejudice; accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss with Prejudice be, and the same is hereby Granted, and it is further ordered that this proceeding be, and is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

New Orleans, Louisiana, this __15th__ day of ____March____, 2011.

_____
UNITED STATES MAGISTRATE JUDGE